STATE of Missouri, Plaintiff–
Respondent,

v.

Cornell SMITH, Defendant–Appellant.

No. 67408.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 16, 1996.

M. Stephen Marshall, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

**ORDER**

PER CURIAM.

Defendant appeals from the judgments entered upon the convictions by a jury on two counts of possession of a controlled substance. § 195.202, RSMo 1994. The trial court sentenced Defendant as a prior offender to concurrent ten year terms of imprisonment. We affirm.

We have reviewed the record and find the claims of error are without merit. An opinion would have no precedential value nor

serve any jurisprudential purpose. Rule 30.25(b).